UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10-cr-202 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| JAMES TERRENCE ARNOLD, | : | |
| Defendant. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21)

This case is presently before the Court on the Report and Recommendations of the United States Magistrate Judge Sharon L. Ovington (Doc. 21), wherein the Magistrate Judge recommended that Defendant's plea of guilty to Count One of the Information (Doc. 13) be accepted by the Court and that Defendant be found guilty as charged in such Count. The parties filed no objections to the Report and Recommendations of the Magistrate Judge, and the time for filing objections expired January 7, 2011.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 21) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Count One of the Information.

**IT IS SO ORDERED**.

Date: 1/14/11

Timothy S. Black
United States District Judge